FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2020 SEP 22  PM 4: 14

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 8:20 cr 287 T23cpT

18 U.S.C. § 875(c)

FRANK ANTHONY PEZZUTO



SEALED

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

On or about January 25, 2020, in the Middle District of Florida and elsewhere, the defendant,

FRANK ANTHONY PEZZUTO,

did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another with the intent to communicate a true threat and with the knowledge that the communication would be viewed as a true threat, that is, Pezzuto left a voicemail at Congressman E.S.'s office and said that he was coming to kill E.S.

In violation of 18 U.S.C. § 875(c).

## COUNT TWO

On or about January 30, 2020, in the Middle District of Florida and elsewhere, the defendant,

FRANK ANTHONY PEZZUTO,

did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another with the intent to communicate a true threat and with the knowledge that the communication would be viewed as a true threat, that is, Pezzuto left a voicemail at Congressman A.S.'s office and said that MS-13 was coming to cut off A.S.'s head.

In violation of 18 U.S.C. § 875(c).

## COUNT THREE

On or about February 3, 2020, in the Middle District of Florida and elsewhere, the defendant,

FRANK ANTHONY PEZZUTO,

did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another with the intent to communicate a true threat and with the knowledge that the communication would be viewed as a true threat, that is, Pezzuto called a member of

Congresswoman I.O.'s staff and told the staff member that he was going to kill I.O. that day.

In violation of 18 U.S.C. § 875(c).

## FORFEITURE

1. The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 875, the defendant,

FRANK ANTHONY PEZZUTO,

shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

*[signature]*
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: *[signature]*
Daniel George
Assistant United States Attorney

By: *[signature]*
Cherie L. Krigsman
Assistant United States Attorney
Chief, National Security and Cybercrime Section

FORM OBD-34
September 20

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

FRANK ANTHONY PEZZUTO

## INDICTMENT

Violations:   18 U.S.C. § 875(c)

A true bill,

*Rachelle Marie Turner*
Foreperson

Filed in open court this 22nd day

of September 2020.

_____
Clerk

Bail $_____

GPO 863 525